IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEAMFITTERS UNION, LOCAL 420 :
WELFARE FUND, ET AL. :
: CIVIL ACTION
v. :
: NO. 17-3182
MEGRANT CORPORATION, ET AL. :

**O R D E R**

**AND NOW**, this 30th day of November, 2017, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 6), and all documents submitted in support thereof, it is **ORDERED** that Plaintiffs' Motion is **GRANTED**, as follows:

A. Judgment is entered in favor of Plaintiffs and against Defendant Megrant Corporation for the following: (1) $67,479.68 in principal delinquent contributions for work performed between March 15, 2017 and June 6, 2017; (2) $3,155.00 in interest as of September 30, 2017; and (3) $13,495.94 in liquidated damages.

B. Judgment is entered in favor of Plaintiffs and against Defendants Farid Mirian and Jasmine Mirian, jointly and severally with Defendant Megrant Corporation, for the following: (1) $62,236.68, which is the portion of Section A(1) of this Order that represents delinquencies to the ERISA Funds; (2) $2,908.77 in interest; and (3) $12,447.26 in liquidated damages.

C.  Judgment is entered in favor of Plaintiffs and against Defendants Megrant Corporation and Farid Mirian and Jasmine Mirian, jointly and severally, for $3,657.50 in attorneys' fees and costs.

**IT IS SO ORDERED.**

                                        **BY THE COURT:**

                                        _____
                                        **R. BARCLAY SURRICK, J.**